**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00452-RJC-DSC**

| | |
|---|---|
| **MAACO FRANCHISING, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BTTP ENTERPRISES, INC., et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

      **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Dennis Leone]" (document #4) filed August 21, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

      **SO ORDERED**.

Signed: August 22, 2014

David S. Cayer
United States Magistrate Judge