# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| MAACO FRANCHISING, LLC, ) | CIVIL ACTION NO. |
| ) | 3:14-cv-00452-RJC-DSC |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BTTP ENTERPRISES, INC., an inactive ) | |
| Florida corporation, BERNARD ) | |
| POLIDORE and THERESA POLIDORE, ) | |
| ) | |
| Defendants. ) | |

## **ENTRY OF DEFAULT**

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a), Fed. R. Civ. P., and upon the application of the Plaintiff, Maaco Franchising, LLC, for entry of default against Defendants, BTTP Enterprises, Inc., Bernard Polidore, and Theresa Polidore ("Defendants");

IT APPEARING that the named Defendants are in default for failing to plead or otherwise defend this action as required by law;

NOW THEREFORE, default is hereby entered against Defendants, BTTP Enterprises, Inc., Bernard Polidore, and Theresa Polidore.

Dated: October __, 2014.

Signed: October 21, 2014

_____
Frank G. Johns, Clerk
United States District Court