**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| MAACO FRANCHISING, LLC, ) | CIVIL ACTION NO. |
| ) | 3:14-cv-00452-RJC-DSC |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BTTP ENTERPRISES, INC., an inactive ) | |
| Florida corporation, BERNARD ) | |
| POLIDORE and THERESA POLIDORE, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**DEFAULT FINAL JUDGMENT AGAINST DEFENDANTS,
BTTP ENTERPRISES, INC., BERNARD POLIDORE, AND THERESA POLIDORE**

The Defendants, BTTP Enterprises, Inc., Bernard Polidore, and Theresa Polidore ("Defendants"), having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff, Maaco Franchising, LLC ("Maaco"), and upon affidavit that defendants are indebted to Maaco in the principal sum of $152,661.11, costs of $595.00, plus interest thereon; that Defendants had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiff Maaco, whose address is 440 South Church Street, Suite 700, Charlotte, North Carolina 28203, recover from the Defendants, BTTP Enterprises, Inc., whose address is 3500 Prospect Avenue, Naples, Florida 34104, Bernard Polidore, whose address is 159 Lady Palm Drive, Naples, Florida 34104, and Theresa Polidore, whose address is 159 Lady Palm Drive, Naples, Florida 34104, jointly and severally, the sum of $152,661.11, plus costs totaling $595.00, pre-judgment interest through August 10, 2015 totaling

$29,380.79, and post-judgment interest at the rate of 8% thereafter, compounded annually, pursuant to N.C. Gen. Stat. § 24-1, until the entire amount is paid in full.

Frank G. Johns, Clerk
United States District Court